## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BORDEN DAIRY COMPANY, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 20-10010 (CSS) |
| | ) |
| Tax I.D. No. 26-1181509 | ) |
| | ) |
| In re: | ) |
| | ) |
| BORDEN DAIRY HOLDINGS, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 20-10011 (CSS) |
| | ) |
| Tax I.D. No. 82-0958504 | ) |
| | ) |
| In re: | ) |
| | ) |
| NATIONAL DAIRY, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 20-10012 (CSS) |
| | ) |
| Tax I.D. No. 26-4819109 | ) |
| | ) |
| In re: | ) |
| | ) |
| BORDEN DAIRY COMPANY OF ALABAMA, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 20-10013 (CSS) |
| | ) |
| Tax I.D. No. 63-0305598 | ) |

In re:

BORDEN DAIRY COMPANY OF CINCINNATI, LLC,

        Debtor.

Tax I.D. No. 90-0341334

Chapter 11

Case No. 20-10014 (CSS)

In re:

BORDEN TRANSPORT COMPANY OF CINCINNATI, LLC,

        Debtor.

Tax I.D. No. 56-2283462

Chapter 11

Case No. 20-10015 (CSS)

In re:

BORDEN DAIRY COMPANY OF FLORIDA, LLC,

        Debtor.

Tax I.D. No. 65-0535168

Chapter 11

Case No. 20-10016 (CSS)

In re:

BORDEN DAIRY COMPANY OF KENTUCKY, LLC,

        Debtor.

Tax I.D. No. 75-2967392

Chapter 11

Case No. 20-10017 (CSS)

25816937.2

| | |
|---|---|
| In re: | ) |
| | ) |
| BORDEN DAIRY COMPANY OF LOUISIANA, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 20-10018 (CSS) |
| | ) |
| Tax I.D. No. 72-0984109 | ) |
| | ) |
| In re: | ) |
| | ) |
| BORDEN DAIRY COMPANY OF MADISONVILLE, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 20-10019 (CSS) |
| | ) |
| Tax I.D. No. 61-0367310 | ) |
| | ) |
| In re: | ) |
| | ) |
| BORDEN DAIRY COMPANY OF OHIO, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 20-10020 (CSS) |
| | ) |
| Tax I.D. No. 34-0752720 | ) |
| | ) |
| In re: | ) |
| | ) |
| BORDEN TRANSPORT COMPANY OF OHIO, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 20-10021 (CSS) |
| | ) |
| Tax I.D. No. 26-2997837 | ) |

|  |  |
|---|---|
| In re:<br><br>BORDEN DAIRY COMPANY OF SOUTH CAROLINA, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 57-0290963 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Chapter 11<br><br>Case No. 20-10022 (CSS) |
| In re:<br><br>BORDEN DAIRY COMPANY OF TEXAS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 91-2135060 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Chapter 11<br><br>Case No. 20-10023 (CSS) |
| In re:<br><br>CLAIMS ADJUSTING SERVICES, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 26-4819109 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Chapter 11<br><br>Case No. 20-10024 (CSS) |
| In re:<br><br>GEORGIA SOFT SERVE DELIGHTS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 26-4819109 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Chapter 11<br><br>Case No. 20-10025 (CSS) |
| In re:<br><br>NDH TRANSPORT, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 26-2997480 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Chapter 11<br><br>Case No. 20-10026 (CSS) |

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| RGC, LLC, | )   Chapter 11 |
|  | ) |
| Debtor. | )   Case No. 20-10027 (CSS) |
|  | ) |
| Tax I.D. No. 36-4270314 | )   **Ref. Docket No. 2** |
|  | ) |

### ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (this "**Order**") (a) directing the joint administration of the Debtors' Chapter 11 Cases for procedural purposes only, and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Motion is granted as set forth herein.

2.     The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions in Bankruptcy Rule 1015 and Local Rule 1015-1.

3.     The caption of the jointly administered cases shall read as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BORDEN DAIRY COMPANY, *et al.*, [1] | ) | Case No. 20-10010 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Borden Dairy Company (1509); Borden Dairy Holdings, LLC (8504); National Dairy, LLC (9109); Borden Dairy Company of Alabama, LLC (5598); Borden Dairy Company of Cincinnati, LLC (1334); Borden Transport Company of Cincinnati, LLC (3462); Borden Dairy Company of Florida, LLC (5168); Borden Dairy Company of Kentucky, LLC (7392); Borden Dairy Company of Louisiana, LLC (4109); Borden Dairy Company of Madisonville, LLC (7310); Borden Dairy Company of Ohio, LLC (2720); Borden Transport Company of Ohio, LLC (7837); Borden Dairy Company of South Carolina, LLC (0963); Borden Dairy Company of Texas, LLC (5060); Claims Adjusting Services, LLC (9109); Georgia Soft Serve Delights, LLC (9109); NDH Transport, LLC (7480); and RGC, LLC (0314).   The location of the Debtors' service address is: 8750 North Central Expressway, Suite 400, Dallas, TX 75231.

4.     The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.     A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Borden Dairy Company to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of: Borden Dairy Company, Case No. 20-10010 (CSS); Borden Dairy Holdings, LLC, Case No. 20-10011 (CSS); National Dairy, LLC, Case No. 20-10012 (CSS); Borden Dairy Company of Alabama, LLC, Case No. 20-10013 (CSS); Borden Dairy Company of Cincinnati, LLC, Case No. 20-10014 (CSS); Borden Transport Company of Cincinnati, LLC, Case No. 20-10015 (CSS); Borden Dairy Company of Florida, LLC, Case No. 20-10016 (CSS); Borden Dairy Company of Kentucky, LLC, Case No. 20-10017 (CSS); Borden Dairy Company of Louisiana, LLC, Case No. 20-10018 (CSS); Borden Dairy Company of Madisonville, LLC, Case No. 20-10019 (CSS); Borden Dairy Company of Ohio, LLC, Case No. 20-10020 (CSS); Borden Transport Company of Ohio, LLC, Case No. 20-10021 (CSS); Borden Dairy Company of South Carolina, LLC, Case No. 20-10022 (CSS); Borden Dairy Company of Texas, LLC, Case No. 20-10023 (CSS); Claims Adjusting Services, LLC, Case No. 20-10024 (CSS); Georgia Soft Serve Delights, LLC, Case No. 20-10025 (CSS); NDH Transport, LLC, Case No. 20-10026 (CSS); and RGC, LLC, Case No. 20-10027 (CSS). **All further pleadings and other papers shall be filed, and all further docket entries shall be made, in Case No. 20-10010 (CSS).**

6.     The Debtors shall maintain, and the Clerk of this Court shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases.

7.     Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

25816937.2

8.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the Local Rules are satisfied by such notice.

9.      The terms and conditions of this Order are immediately effective and enforceable upon its entry.

10.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: January 8, 2020
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
Chief United States Bankruptcy Judge

25816937.2

8