**Fill in this information to identify the case:**

**Debtor name:** Borden Dairy Company of Texas, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-10023

☑ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals    12/15

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B .................................................................................... $32,154,284.94

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B .................................................................................. $936,505,751.55

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B ..................................................................................... $968,660,036.49

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................. $256,120,152.82

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................... UNDETERMINED

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ............................ **+** $879,274,491.00

4. *Total liabilities*
Lines 2 + 3a + 3b ................................................................................................. $1,135,394,643.82

Debtor **Borden Dairy Company of Texas, LLC**      Case number *(if known)* **20-10023**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

3.1.

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| PETROLEUM TRADERS CORPORATION<br>7120 POINTE INVERNESS WAY<br>FORT WAYNE IN 46804 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>NON-MILK DISBURSEMENTS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

Debtor **Borden Dairy Company of Texas, LLC**     Case number *(if known)* **20-10023**

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| PETROLEUM TRADERS CORP<br>SCOTT WAKE<br>7120 POINTE INVERNESS WAY<br>FORT WAYNE IN 46804 | Part 2 line 3.1 | _____ |

Debtor   **Borden Dairy Company of Texas, LLC**                                                    Case number *(if known)* **20-10023**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | UNDETERMINED |
| **5b.** | **Total claims from Part 2** | 5b. + | $879,274,491.00 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $879,274,491.00 |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Borden Dairy Company of Texas, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-10023 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amended *Schedule E/F part 2, Part 3, Part 4 and Summary of Assets and Liabilities for Non-Individuals*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/6/2020          ✗  */s/ Jason Monaco*
             MM/DD/YYYY           _____
                                  Signature of individual signing on behalf of debtor

                                  Jason Monaco
                                  Printed name

                                  EVP, CFO, Treasurer, & Assistant Secretary
                                  Position or relationship to debtor